TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00680-CV

Jean Foxhall Clement Carter, Appellant

v.

USAA Life Insurance Company, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 94-11215, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A). The Court's mandate shall issue immediately.

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Dismissed on Joint Motion

Filed: February 6, 1997

Do Not Publish